

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-26-00002-CV

**IN RE** Alton **CRAIN**, Jr.

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

Relator filed his petition for writ of mandamus and emergency motion for temporary relief on December 31, 2025. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

It is so **ORDERED** on January 14, 2026.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CV03445, styled *Alton Crain, Jr. v. Mike Murach*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Cesar Garcia presiding.